UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------x
                                      :
ANDRES BRYAN,                         :
                                      :
                    Plaintiff,        :
                                      :  11 Civ. 2528(BSJ)(JLC)
           v.                         :
                                      :
                                      :       **Order**
                                      :
THE CITY OF NEW YORK et al.,          :
                                      :
                    Defendants.       :
--------------------------------------x

**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

    Having reviewed Magistrate Judge James Cott's Report and Recommendation, dated March 1, 2012, and having received no objections thereto, I hereby confirm and adopt the Report and Recommendation in its entirety, having been satisfied that there is no clear error on the face of the record. See King v. Greiner, No. 02 Civ. 5810 (DLC), 2009 WL 2001439, at *4 (S.D.N.Y. July 8, 2009) (citation omitted); see also Wilds v. United Parcel Serv., 262 F. Supp. 2d 163, 169 (S.D.N.Y. 2003). Accordingly, the Court dismisses Plaintiff's claims against Defendants Barbara Hutter and Moraima Reyes.

    Plaintiff's failure to file written objections precludes appellate review of this decision. See Caidor v. Onondaga County, 517 F.3d 601, 604 (2d Cir. 2008). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this Order would not be taken in good faith, and, therefore, in forma pauperis status is denied for the purpose of an appeal. See

Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

SO ORDERED:

*[signature]*

**BARBARA S. JONES**

**UNITED STATES DISTRICT JUDGE**

Dated:   New York, New York

April 19, 2012